UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/21
```

Juan Sanchez,

            Plaintiff,

–v–

Areval Corp., et al.,

            Defendants.

21-cv-2862 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's order dated July 23, 2021, the parties were to submit a joint letter and proposed case management plan by July 30, 2021 in preparation for the initial pre-trial conference scheduled for August 6, 2021. Dkt. No. 13. The Court is not in receipt of the joint letter and proposed case management plan. The parties shall file such a letter by August 4, 2021. Per the Court's July 23 Order, the parties' letter must **advise the Court if they can do without a conference altogether.**

    SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge