UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021
```

Juan Sanchez,

                Plaintiff,

–v–

Areval Corp, et al.,

                Defendants.

21-cv-2862 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's schedule, the post-discovery status conference scheduled for January 7, 2022 is hereby ADJOURNED to January 21, 2022 at 3:00 p.m. The proceeding will be held remotely by telephone conference. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 919-6964.

    It is hereby ORDERED that within <u>seven days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: December 29, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge