```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Sanchez,

            Plaintiff,

    –v–

Areval Corp., et al.,

            Defendants.

21-cv-2862 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's order, the parties were to submit a joint letter by January 14, 2022, ahead of the January 21, 2022 conference. Dkt. No. 17. The Court is not in receipt of the parties' submission. The parties are ORDERED to submit a joint letter on or before January 19, 2022.

    In light of the COVID-19 public health crisis, the Court will hold the upcoming conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 919-6964.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge