UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUAN SANCHEZ, :
:
Plaintiff, :
: 21-cv-2862 (LJL)
-v- :
: ORDER
:
AREVAL CORP. d/b/a LA GIOCONDA, PIETRO :
ARENELLA, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case was recently reassigned to the undersigned. On March 18, 2022, Judge Nathan entered an Order noting that she was informed that the parties have reached a settlement and directing the parties to submit, by April 19, 2022, the settlement agreement and a joint letter explaining why the settlement should be approved. Dkt. No. 23. The Order further advised the parties that the Court would refer the request for settlement approval to the Magistrate Judge for a report and recommendation but that the parties may choose to consent to conducting all further proceedings before the Magistrate Judge and that the parties shall meet and confer regarding whether they wish to do so. *Id.* The parties have not yet submitted a settlement agreement for approval, nor have they submitted anything indicating whether they would like to consent to the Magistrate Judge for all further proceedings.

    It is hereby ORDERED that, by June 1, 2022, the parties shall submit the settlement agreement they wish to have approved and a joint letter explaining why the settlement should be approved. The submission shall contain all of the information listed in the bullet points in Judge Nathan's Order at Dkt. No. 23. The Court will not refer the request for settlement approval to the Magistrate Judge. The parties are permitted—but not required—to submit for filing on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form if they wish to proceed in front of the Magistrate judge for all further proceedings.[1] Any such form shall be submitted by June 1, 2022.

    SO ORDERED.

Dated: May 13, 2022
       New York, New York
                                            LEWIS J. LIMAN
                                          United States District Judge

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/2022