UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SANCHEZ, on behalf of himself and all other persons similarly situated,<br><br>             Plaintiffs,<br><br>     -against-<br><br>AREVAL CORP. d/b/a LA GIACONDA and PIETRO ARENELLA,<br><br>            Defendants. | Index Number: 21-cv-02862 (LJL)<br><br>JUDGMENT |

On May 26, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JUAN SANCHEZ has judgment against Defendants AREVAL CORP.

(d/b/a La Giaconda) and PIETRO ARENELLA, jointly and severally, in the amount of

$55,000.00 (Fifty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or

omission of the Defendants, in connection with the facts and circumstances that are the subject of

this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and

is not to be construed as an admission of liability by the Defendants, or any officer, employee or

agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered

any damages.

This judgment will act to release and discharge the Defendants, their successors or

assigns, and all past and present officers, employees, representatives, attorneys and agents of the

Defendants, from any and all claims that were or could have been alleged by Plaintiff on behalf

of himself and all others similarly situated in the above-referenced action. This judgment will

operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff agrees that the payment of $55,000.00 on or before October 31, 2022 shall be a

reasonable time for such payment.

Dated: May 18, 2022

_____

Hon. Lewis J. Liman
6/2/2022